UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08 mj 2369 |
| vs. | ORDER |
| Saul Omar Arellano-Molina<br>Jose Christian Hernandez-Lopez<br>Defendant(s) | RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the ~~following~~ named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eliseo Solorio-Vargas

DATED: 8-14-08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** [signature]
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** G. Cazares
**Deputy Clerk**