FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAUL OMAR ARELLANO-MOLINA (1)<br>JOSE CHRISTIAN HERNANDEZ-LOPEZ (2),<br>Defendant. | Criminal Case No. 08CR2732 BTM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendants SAUL OMAR ARELLANO-MOLINA and JOSE CHRISTIAN HERNANDEZ-LOPEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Gamaliel Vargas-Valladares, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 8/14/08.

KAREN P. HEWITT
United States Attorney

[signature] for

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:mg:San Diego
8/5/08