AO 455 (Rev. 5/85) Waiver of Indictment

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

UNITED STATES OF AMERICA

v.

JOSE CHRISTIAN HERNANDEZ-LOPEZ (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2732-BTM

I, JOSE CHRISTIAN HERNANDEZ-LOPEZ, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Jose Christian Hernandez Lopez
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer